THOMAS D. STOUT (CA State Bar No. 241348)
KENDAL M. MITCHELL (CA State Bar No. 335091)
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California  94111-4701
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:    tomstout@dwt.com
    kendalmitchell@dwt.com

Attorneys for Plaintiff
MSR Technology Group, LLC

DAVIS WRIGHT TREMAINE LLP

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>IDC TECHNOLOGIES INC., a California corporation,<br><br>      Defendant. | Case No. 3:25-cv-06020 JCS<br><br>**DECLARATION OF THOMAS D. STOUT IN SUPPORT OF PLAINTIFF MSR TECHNOLOGY GROUP, LLC'S RENEWED MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT IDC TECHNOLOGIES INC.**<br><br>Date:    July 8, 2026<br>Time:    2:00 p.m.<br>Ctrm:    D, 15th Floor<br>Judge:  Hon. Judge Joseph C. Spero<br><br>Action Filed: July 16, 2025 |

STOUT DECLARATION IN SUPPORT OF RENEWED MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT
Case No. 3:25-cv-06020

DAVIS WRIGHT TREMAINE LLP

I, THOMAS D. STOUT, declare as follows:

1.      I am an attorney with the law firm of Davis Wright Tremaine LLP, which represents Plaintiff MSR Technology Group, LLC ("MSRTG") in the above-entitled action. I make this Declaration in support of MSR's Renewed Motion for Default Judgment as to Defendant IDC Technologies, Inc. ("Defendant"). The following facts are personally known by me to be true and, if called and sworn as a witness, I could and would competently testify as follows.

2.      Because Defendant did not respond to the Complaint by their September 15, 2025 deadline, MSR requested entry of default against Defendant on September 24, 2025. Dkt. 9.  The Clerk entered default on September 25, 2025.  Dkt. 10. MSR served the Clerk's Notice of Entry of Default, Dkt. 10 on Defendant at the address for its agent for service of process by Priority U.S. Postal Mail on October 9, 2025. According to the U.S. Postal Service's tracking service, it was delivered on October 11, 2025.

3.      During the course of this action, MSRTG has incurred $34,747.50 in attorneys' fees.

4.      The attorneys' fees sought by MSRTG are based on the work of myself (partner), Lauren Dorsett (partner), and Kendal Mitchell (associate).

5.      Each timekeeper kept daily electronic records of his or her time.  In recording their timekeeping entries, attorneys at DWT are required to specify the client and matter, the nature of the work performed, and the amount of time that they expended on a designated task.  I have reviewed the electronic records and believe they accurately represent the time worked in connection with the aforementioned tasks.

6.      I spent a total of 5.2 hours on this matter with a standard rate of $1,100 per hour in 2025 and $1,230.00 per hour in 2026.  I handled day-to-day management and supervised the work of Ms. Mitchell, the senior associate on the litigation.  I graduated law school from New York University School of Law in 2005 and have over 15 years of trial experience including as a federal prosecutor.  My expertise in white-collar defense, government investigations, and complex litigation delivers top-tier results for businesses, executives, and entrepreneurs in key sectors across the

1

Bay Area and beyond. I have been selected to "Northern California Super Lawyers" from 2023-2025. A true and correct copy of my current web biography, available at https://www.dwt.com/people/s/stout-tom, is attached as **Exhibit A.**

7. Ms. Dorsett is a partner at DWT and spent 9.6 hours on the initial strategy and drafting the Complaint. Ms. Dorsett's standard 2025 rate was $855.00. Ms. Dorsett graduated from law school from Seattle University School of Law magna cum laude in 2010, clerked on the U.S. Bankruptcy Court for the Western District of Washington, and has 16 years of experience representing businesses and individuals to resolve debt obligations. A true and correct copy of Ms. Dorsett's web biography, available at https://www.dwt.com/people/d/dorsett-lauren-a, is attached as **Exhibit B.**

8. Ms. Mitchell is a senior associate at DWT. Ms. Mitchell spent 4.3 hours supplementing the Complaint and verifying proper service of IDC and 23.1 hours drafting the request for entry of default by the clerk and motion for default judgment. Ms. Mitchell graduated from UC Law SF in 2020, served as a judicial extern for the United States District Court for the Northern District of California, and frequently litigates contractual cases since joining DWT in 2024. A true and correct copy of Ms. Mitchell's web biography, available at https://www.dwt.com/people/m/mitchell-kendal, is attached as **Exhibit C.**

9. Based on my reading of the relevant caselaw, my overall familiarity with rates charged by peer firms, and my years of experience in this area of law, it is my understanding that my standard rates, as well as the standard rates for Ms. Dorsett and Ms. Mitchell, are comparable to the prevailing rates charged by peer firms and attorneys with similar skill, experience, and reputation in the San Francisco Bay Area. Indeed, DWT's rates are below the average market rate for comparable firms in the San Francisco Bay Area.

10. The following summary summarizes the hours worked by counsel:

| Name | Title | 2025 Standard Rate | 2026 Standard Rate | Total Hours Billed | Total Fees Billed |
|---|---|---|---|---|---|
| Lauren Dorsett | Partner | $855.00 | n/a | 9.6 | $8,208.00 |
| Thomas Stout | Partner | $1,100.00 | $1,230.00 | 5.2 | $5,772.00 |
| Kendal Mitchell | Associate | $750.00 | $825.00 | 27.6 | $20,767.50 |

STOUT DECLARATION IN SUPPORT OF RENEWED MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT
Case No. 3:25-cv-06020

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

11.    I have also reviewed the invoices for costs incurred during the course of this litigation.  MSRTG has incurred $2,252.17 in costs, including a $405 Complaint filing fee and $1847.17 incurred in serving Defendant.  Like DWT's timekeeping records, its cost records are electronically maintained.  The costs listed above are correctly stated, necessarily incurred, and are allowable by law.  Attached hereto as **Exhibit D** is a true and correct copy of the invoice for the $405 filing fee that MSRTG incurred in this action.  Attached hereto as **Exhibit E** are true and correct copies of the service of process invoices and associated costs that MSRTG incurred in this action.

12.    I have also reviewed the time spent performing work related to MSRTG's Request for Attorneys' Fees.  Ms. Mitchell spent 7.2 hours preparing the Renewed Motion and Request for Attorneys' Fees and Costs and discussing strategy related to the Request for Attorneys' Fees with our client.  I spent .5 hours reviewing Ms. Mitchell's work.  In total, DWT spent 7.7 hours performing work related to MSRTG's Request for Attorneys' Fees.  Using DWT's hourly rates as described in Paragraph 10, these hours worked resulted in $6,500.00 in fees under the lodestar method.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 13th day of May, 2026 in San Francisco, California.

_____
Thomas D. Stout
DAVIS WRIGHT TREMAINE LLP

STOUT DECLARATION IN SUPPORT OF RENEWED MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT
Case No. 3:25-cv-06020

# Exhibit A



# Tom Stout
(He/Him)

**PARTNER**

**T** 415.276.4856
(San Francisco)

**E** tomstout@dwt.com

Tom Stout has more than 15 years of trial experience, including as a federal prosecutor and as a litigator at a California firm he co-founded before joining DWT. Tom's expertise in white-collar defense, government investigations, and complex litigation delivers top-tier results for businesses, executives, and entrepreneurs in key sectors across the Bay Area and beyond.

Tom is a respected West Coast litigator, having particular insight into state and federal enforcement priorities—both civil and criminal—in Northern California. As an assistant U.S. attorney in California, Tom pursued corporate executives, public officials, law enforcement agents, and other prominent figures, prosecuting cases involving fraud, bribery, corruption, civil rights violations, and obstruction of justice. He has extensive white-collar and internal investigations experience, adding to the firm's already deep bench of commercial litigation capabilities.

As co-founder of a small firm, Tom is well connected within California's business community. His relationships span key industries in the state, including banking, tech, legal, manufacturing, agriculture, environmental services, and wildfire management. Model clients include semiconductor manufacturing companies and executives, private equity and venture capital firms, an international packaging manufacturing company, a consumer products testing company, healthcare nonprofits, energy companies and executives, and executives of a global food and beverage company, which he has defended against product liability claims. Tom's experience extends to numerous other areas, such as trade secret litigation, campaign finance, securities, False Claims Act investigations, healthcare fraud, tax fraud, wire fraud, and disputes arising from IPOs and acquisitions. He has negotiated plea agreements that spared clients prison time and has persuaded prosecutors not to pursue charges against his clients in the first place.

Tom has faced off against the U.S. Department of Justice, the California Attorney General's Office, the SEC, and other federal and state enforcement agencies, and he has successfully argued cases in the 9th Circuit and other federal courts. While with DOJ, Tom was selected to teach trial advocacy to new federal prosecutors nationwide. He has been recognized by various federal law enforcement agencies, including with the Department of Justice's EOUSA Director's Award for Superior Performance. Tom also champions pro bono service, having represented elderly clients, religious organizations, patient advocacy organizations, and indigent criminal defendants and inmates.

# Practice Highlights

### Investigations

Extensive experience navigating criminal and civil investigations by federal and state enforcement agencies. Successful record of resolving investigations without charges or enforcement actions or on favorable prelitigation terms. Experience conducting internal investigations and advising management on appropriate remediation and, where appropriate, self-reporting to manage and reduce corporate risk.

### Trials

Proven first-chair trial lawyer who has led multiple successful trial teams involving fraud, identity theft, civil rights, obstruction of justice, and human trafficking.

# Exhibit B

Lauren A. Dorsett | People | Davis Wright Tremaine



# Lauren A. Dorsett

**PARTNER**

**T** 206.757.8205 (Seattle)

**E** laurendorsett@dwt.com

I make sure our clients maximize their recovery even in unfavorable conditions.

Lauren Dorsett uses her extensive knowledge in bankruptcy to design and accomplish unique solutions to maximize value for her clients. Lauren started her legal career as a law clerk for Judge Karen Overstreet (Ret.) in the U.S. Bankruptcy Court for the Western District of Washington, where she gained a deep understanding of bankruptcy law and obtained invaluable courtroom experience. With her experience, Lauren provides detailed analysis with a practical approach to help her clients navigate various bankruptcy and creditor's rights matters.

Lauren represents businesses and individuals on a full range of legal issues arising in bankruptcy, including fraudulent and preferential transfer disputes, dischargeability of debt, claim objections, asset sales, and plan confirmation. She also advises and represents her clients in out-of-court workouts and financial restructurings to resolve debt obligations. In addition, Lauren handles matters involving real estate disputes and general business-related litigation, such as contract disputes and tort matters. Lauren appears in state, federal, and bankruptcy courts across the country to protect and enforce her client's interests.

# Practice Highlights

**Bankruptcy and creditor's rights**

**Litigation**

**Real Estate**

Advises and represents clients in all aspects of secured transactions, bankruptcies and workout proceedings, and helps clients protect their rights in insolvency and restructuring proceedings.

Represents plaintiffs and defendants in civil litigation, with a focus on contract disputes, business torts, and real estate, and manages all aspects of the case, from start to finish, including discovery matters, motions practice, and trial.

Represents clients in various real estate matters, including contract disputes—for both sale or lease contracts—ownership rights and foreclosure issues.

# Exhibit C



# Kendal Mitchell
(She/Her)

**ASSOCIATE**

**T** 415.276.4851
(San Francisco)

**E** kendalmitchell@dwt.com

Teamwork makes the dream work.

Kendal Mitchell is an experienced California commercial litigator who guides her clients through all stages of litigation, from pre-suit investigations through eve-of-trial preparation. For a wide range of clients, Kendal builds ironclad litigation strategies that work toward favorable case outcomes or avoiding costly disputes altogether. She conducts thorough legal research, drafts dispositive and discovery motions, responds to third-party subpoenas, deposes witnesses, and prepares discovery requests and responses. She also has experience handling anti-SLAPP motions. Kendal's legal career began in the U.S. District Court for the Northern District of California, where she served as an extern to the Hon. Jeffrey White. Prior to law school, Kendal rowed on UCLA's Division 1 rowing team.

# Exhibit D

## Simmons-Greene, Kimberly

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, July 16, 2025 5:01 PM |
| **To:** | Simmons-Greene, Kimberly |
| **Subject:** | https://url.us.m.mimecastprotect.com/s/ZSALC680KnHKQg4ZFpfYi5cBxz? domain=pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |

[EXTERNAL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: 3686115
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: ACANDC-20902756
Approval Code: 045440
Card Number: ************3813
Date/Time: 07/16/2025 08:01:23 ET


NOTE: This is an automated message. Please do not reply

1

# Exhibit E

**[EXTERNAL]**

Square automatically sends receipts to the email address
you used at any Square seller. Learn more



**Checkmate Intelligence Group Inc.**

 

Let Checkmate Intelligence Group Inc.
know how your experience was

$1,100.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Level 3A Business Asset Search | $1,000.00 |
| IDC Technologies, Inc | |
| RUSH Service | $100.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| **Total** | **$1,100.00** |

2



Checkmate Intelligence Group Inc.

9428 Baymeadows Road, Suite 502

Jacksonville, FL 32256

(800) 675-6636



Visa 1245 (Keyed)

**VISA**

May 21

2025

at 8:41

PM

#nnsZ

Auth

code:

009520



**Receipt Settings**

Not your receipt?

Turn off automatic receipts

Manage preferences

3

© 2025 Square <u>Privacy Policy</u>
1955 Broadway, Suite 600
Oakland, CA 94612

4

**ASAP Legal**
1607 James M. Wood, Los Angeles, CA 90015
T (213) 252-2000   F
www.asaplegal.com



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34027 | July 31, 2025 | SF34054589 |

**Kimberly Simmons-Greene**

Bill To:
**DAVIS WRIGHT & TREMAINE**
**50 California Street, 23rd Floor**
**San Francisco, CA 94111**

**REF: 0125366.000001**
**Case No: 3:25-cv-06020-JCS**
**Plaintiff: MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability company**
**Defendant: IDC TECHNOLOGIES INC., a California corporation**

| | |
|---|---|
| Servee: | **IDC TECHNOLOGIES INC., a California corporation** |
| Court: | **UNITED STATES DISTRICT COURT** |
| Case: | **MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability comp vs. IDC TECHNOLOGIES INC., a California corporation** |
| Documents: | **summons; complaint; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIACONTENTS OF JOINT CASE MANAGEMENT STATEMENT** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process Service** | **11.00** | **5.25** | **262.75** |
| **Page Count** | | | **20.80** |

**SCOPE OF PROJECT**
**Not Served**
**Address: 1359 Merry Loop, #  Milpitas, CA 950358003**
**Result: Not Served**
**Completed on 7/30/2025 at 4:02 PM**

| | TOTAL DUE | $ 283.55 |
|---|---|---|

Thank you for choosing ASAP Legal!
For billing inquiries, please contact our Accounting Department at (213) 252-2000.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34027 | July 31, 2025 | SF34054589 |

Remit To:

ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015

| TOTAL DUE: | $  283.55 |
|---|---|

**1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**
**2. MAKE CHECKS PAYABLE TO  ASAP Legal**

**Service Type: 030 - SPECIAL PROCESS ( IMMEDIATELY)**    Order#:SF34054589-01/INVOICEPa

**ASAP Legal**
1607 James M. Wood, Los Angeles, CA 90015
T (213) 252-2000   F
www.asaplegal.com



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34027 | August 15, 2025 | SF34055280 |

**Kimberly Simmons-Greene**

Bill To:
**DAVIS WRIGHT & TREMAINE**
**50 California Street, 23rd Floor**
**San Francisco, CA 94111**

**REF: 0125366.000001**
**Case No: 3:25-cv-06020-JCS**
**Plaintiff: MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability company**
**Defendant: IDC TECHNOLOGIES INC., a California corporation**

| | |
|---|---|
| Servee: | **IDC TECHNOLOGIES INC., a California corporation** |
| Court: | **UNITED STATES DISTRICT COURT** |
| Case: | **MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability comp vs. IDC TECHNOLOGIES INC., a California corporation** |
| Documents: | **See Attachment** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process Service** | **12.00** | **3.25** | **174.00** |
| **Page Count** | | | **45.50** |
| **Mailing** | | | **40.00** |

**SCOPE OF PROJECT**
   **Left With:**
   **Address: 920 Hillview Ct Ste 250, #  Milpitas, CA 95035**
   **Result: Substituted Service**
   **Completed on 8/13/2025 at 2:50 PM**

| | |
|---|---|
| **TOTAL DUE** | **$ 259.50** |

Thank you for choosing ASAP Legal!
For billing inquiries, please contact our Accounting Department at (213) 252-2000.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34027 | August 15, 2025 | SF34055280 |

Remit To:

ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015

| TOTAL DUE: | $   259.50 |
|---|---|

**1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**

**2. MAKE CHECKS PAYABLE TO  ASAP Legal**

**Service Type: 032 - STANDARD PROCESS ( 48 to 72 HRS )**      Order#:SF34055280-01/INVOICEPa

**ASAP Legal**
**1607 James M. Wood Los Angeles, CA 90015**
**Phone: (213) 252-2000 ~  Fax:**

DOCUMENT LIST ATTACHMENT

**CLIENT FILE #:**   0125366.000001                    **DATE:**  August 15, 2025

**SUBJECT:**   IDC TECHNOLOGIES INC., a California corporation

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CIVIL
STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; PLAINTIFF MSR
TECHNOLOGYGROUP, LLC'S CORPORATE DISCLOSURE AND CERTIFICATION OF
CONFLICTS AND INTERESTED ENTITIES OR PERSONS (FED. R. CIV. P. 7.1,
L.R. 3-15); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

**ASAP Legal**
1607 James M. Wood, Los Angeles, CA 90015
T (213) 252-2000   F
www.asaplegal.com

**ASAP LEGAL**

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34027 | August 15, 2025 | SF34055666 |

**Kimberly Simmons-Greene**

Bill To:
**DAVIS WRIGHT & TREMAINE**
**50 California Street, 23rd Floor**
**San Francisco, CA 94111**

**REF: 0125366.000001**
**Case No: 3:25-cv-06020-JCS**
**Plaintiff: MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability company**
**Defendant: IDC TECHNOLOGIES INC., a California corporation**

|  |  |
|---|---|
| Servee: | **IDC TECHNOLOGIES INC., a California corporation c/o PRATEEK GATTANI** |
| Court: | **UNITED STATES DISTRICT COURT** |
| Case: | **MSR TECHNOLOGY GROUP, LLC, a Delaware limited liability comp vs. IDC TECHNOLOGIES INC., a California corporation** |
| Documents: | **See Attachment** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process Service** | **13.00** | **3.25** | **177.25** |

**SCOPE OF PROJECT**
    **Not Served**
    **Address: 642 Troon Court, # Milpitas, CA 95035**
    **Result: Not Served**
    **Completed on 8/14/2025 at 6:37 PM**

| | TOTAL DUE | $ 177.25 |
|---|---|---|

Thank you for choosing ASAP Legal!
For billing inquiries, please contact our Accounting Department at (213) 252-2000.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34027 | August 15, 2025 | SF34055666 |

Remit To:

**ASAP Legal**
**1607 James M. Wood**
**Los Angeles, CA 90015**

| TOTAL DUE: | $ 177.25 |
|---|---|

**1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**
**2. MAKE CHECKS PAYABLE TO ASAP Legal**

**Service Type: 032 - STANDARD PROCESS ( 48 to 72 HRS )**    Order#:SF34055666-01/INVOICEPa

**ASAP Legal**
**1607 James M. Wood Los Angeles, CA 90015**
**Phone: (213) 252-2000 ~ Fax:**

DOCUMENT LIST ATTACHMENT

**CLIENT FILE #:**  0125366.000001                    **DATE:**  August 15, 2025

**SUBJECT:**  IDC TECHNOLOGIES INC., a California corporation c/o PRATEEK GATTANI

summons; complaint; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO; PLAINTIFF MSR TECHNOLOGYGROUP, LLC'S CORPORATE DISCLOSURE AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (FED. R. CIV. P. 7.1, L.R. 3-15); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT





# Receipt

| | |
|---|---:|
| Vendor: | **UPS** |
| Invoice: | **000000854442225** |
| Invoice Date: | **Sat, May 31 2025** |
| Items: | **1** |
| Total: | **$ 26.87** |

Transaction ID: **1Z8544420192489446**                    Invoice Number: **000000854442225**

Client: **MSR Technology Group LLC (0125366)**
Matter: **Commercial Collections (000001)**
Service: **UPS Next Day Air®**
Timekeeper: **Lauren Dorsett (4431)**
Reference: **0125366.000001**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Tue, May 27 2025** | **Lauren Dorsett** | **Prateek Gattani** |
| Delivered: **Wed, May 28 2025 10:23 AM** | **Davis Wright Tremaine, LLP** | **IDC Technologies Inc.** |
| Weight: **Unavailable** | **920 Fifth Avenue, Suite 3300** | **920 Hillview Court, Suite 250** |
| | **Seattle, WA 98104 US** | **Milpitas, CA 950354560 US** |

Charges:  **$ 26.87**